**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BOB DAVIS,

        Plaintiff,

-vs-                                            Case No.  6:10-cv-457-Orl-31KRS

THE FILTA GROUP, INC. and JASON SAYERS,

        Defendants.

## ORDER

This cause comes before the Court on the Amended Joint Motion to Approve Settlement and to Dismiss Case with Prejudice (Doc. No. 20) filed September 3, 2010.

On September 20, 2010, the United States Magistrate Judge issued a report (Doc. No. 24) recommending that the motion be granted. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1.       The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.       The Amended Joint Motion to Approve Settlement and Dismiss Case with Prejudice is **GRANTED IN PART**.  The settlement is approved as a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores*, 679 F.2d at 1354.

3.       In accordance with the Settlement Agreement, Defendants shall pay $12,000.00 to Plaintiff and $4,500.00 to counsel for Plaintiff, for a total settlement of $16,500.00.  Counsel for

Plaintiff are prohibited from withholding any portion of the $12,000.00 payable to Plaintiff under the settlement agreement pursuant to a contingent fee agreement or otherwise.

    4.    Counsel for Plaintiff shall provide a copy of this order to Plaintiff and file with the court proof of such service.

    5.    This case is **DISMISSED** with prejudice. The Court will not reserve jurisdiction to enforce a settlement agreement. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on the 8th day of October, 2010.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party